**Patricia Louise HYDE; Robert F. Batsch, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 16-4183

United States Court of Appeals, Eighth Circuit.

Submitted: August 2, 2017

Filed: August 10, 2017

Patricia Louise Hyde, Pro Se

Robert F. Batsch, Pro Se

Bruce R. Ellisen, Kathleen E. Lyon, Gilbert Steven Rothenberg, Senior Attorney, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, William Wilkins, Internal Revenue Service, Washington, DC, for Respondent

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

PER CURIAM.

Patricia Hyde and Robert Batsch appeal the tax court's[1] decision, after a bench trial, upholding the Commissioner of Internal Revenue's determination that they were liable for income tax deficiencies and penalties for tax years 2007-2012.

Following a careful review, *see Campbell v. Comm'r*, 164 F.3d 1140, 1142 (8th Cir. 1999) (standard of review for tax court decisions), we conclude that the Commissioner's determination was correct, for the reasons explained by the tax court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Mary Ann Cohen, United States Tax Court Judge.